# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC.,<br>PINNACLE HIP IMPLANT PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2244 |

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −94)

On May 23, 2011, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 787 F.Supp.2d 1358 (J.P.M.L. 2011). Since that time, 609 additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable James Edgar Kinkeade.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Kinkeade.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Texas for the reasons stated in the order of May 23, 2011, and, with the consent of that court, assigned to the Honorable James Edgar Kinkeade.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 26, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

By s/ PAIGE LESSOR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS
September 27, 2012

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION    MDL No. 2244

### SCHEDULE CTO−94 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA NORTHERN** | | | | |
| ALN | 2 | 12−02907 | Holmes v. Johnson & Johnson Inc et al | |
| ALN | 2 | 12−02909 | Powley v. Johnson & Johnson Inc et al | |
| ALN | 2 | 12−02910 | Shelley v. Johnson & Johnson Inc et al | |
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 2 | 12−07421 | Linda Majorovas v. DePuy Orthopaedics, Inc. et al | |
| ~~CAC~~ | ~~2~~ | ~~12−07464~~ | ~~Estella Wahl et al v. DePuy Orthopaedics, Inc. et al~~ | Opposed 09/25/12 |
| CAC | 2 | 12−07648 | Patrick Bliss et al v. DePuy Orthopaedics Inc et al | |
| CAC | 2 | 12−07817 | Mark Stock v. DePuy Orthopaedics, Inc. et al | |
| CAC | 2 | 12−07818 | Charlotte Welch et al v. DePuy Orthopaedics, Inc. et al | |
| CAC | 2 | 12−07820 | Dawn Ennis v. DePuy Orthopaedics, Inc. et al | |
| CAC | 2 | 12−07825 | Howard Naylor v. DePuy Orthopaedics, Inc. et al | |
| CAC | 2 | 12−07827 | Larry A. Wilske et al v. DePuy Orthopaedics, Inc. et al | |
| CAC | 2 | 12−07829 | Joseph V. Potter et al v. DePuy Orthopaedics, Inc. et al | |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 12−04613 | MacDonald v. Johnson & Johnson Services, Inc. et al | |
| CAN | 3 | 12−04662 | Arrighi et al v. Johnson & Johnson Services, Inc. et al | |
| CAN | 3 | 12−04663 | Keeler et al v. Johnson & Johnson Services, Inc et al | |
| CAN | 3 | 12−04664 | Nelson v. Johnson & Johnson Services, Inc et al | |
| CAN | 3 | 12−04670 | Miranda et al v. Johnson & Johnson Services, Inc. et al | |
| **COLORADO** | | | | |
| ~~CO~~ | ~~1~~ | ~~12−02397~~ | ~~Henke et al v. DePuy Orthopaedics, Inc. et al~~ | Opposed 09/24/12 |
| **CONNECTICUT** | | | | |
| CT | 3 | 12−01249 | Fabricatore v. Depuy Orthopaedics, Inc. et al | |
| **FLORIDA MIDDLE** | | | | |

| | | | |
|---|---|---|---|
| FLM | 2 | 12−00504 | Rindt v. DePuy Orthopaedics, Inc. et al |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 12−02281 | Barnes v. Starring et al |

LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 11−00661 | Dickson v. Depuy Orthopaedics, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 12−04427 | ALDERMAN et al v. DEPUY ORTHOPEDICS, INC. et al |
| NJ | 3 | 12−04562 | CORNISH et al v. DEPUY ORTHOPAEDICS, INC. et al |

NEW YORK EASTERN

| | | | | |
|---|---|---|---|---|
| ~~NYE~~ | ~~2~~ | ~~12−03807~~ | ~~Tanenbaum et al v. Depuy Orthopaedics, Inc. et al~~ | Opposed 09/24/12 |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 12−00641 | Johnston v. DePuy Orthopaedics, Inc. et al |
| OHS | 1 | 12−00642 | Heaney v. DePuy Orthopaedics, Inc. et al |
| OHS | 2 | 12−00755 | Harvey v. DePuy Orthopaedics Inc. et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 12−00628 | Hinkle v. Our Lady of Lourdes Hospital at Pasco, et al |
| WAW | 2 | 12−01495 | Doerty v. Johnson & Johnson et al |